FILED

2008 JUL 23 PM 4:37

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | 3:08 CR 00303 |
| | ) | Cr. No. _____ |
| vs. | ) | Title 29, |
| | ) | United States Code, |
| THOMAS P. LEONARD, SR., | ) | Section 501(c) |
| | ) | |
| Defendant. | ) | JUDGE DAVID A. KATZ |

The United States Attorney charges:

From in or about January, 2004, to in or about December, 2004, in the Northern District of Ohio, Western Division, and elsewhere, defendant THOMAS P. LEONARD, SR. while an officer, that is, Recording Secretary of Laborers' International Union of North America, Local 500, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization by utilizing the union credit card for unauthorized personal expenditures in the amount of approximately $4,386.00.

All in violation of Title 29, United States Code, Section 501(c).

*William J. Edwards*
William J. Edwards
Acting United States Attorney

ORIGINAL